KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California 94104-3839
Telephone:     (415) 249-8330
Facsimile:     (415) 249-8333

Attorneys for Plaintiff, Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation, ) | Case No. C-07-5946-CRB |
| ) | |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE RE** |
| v. ) | **SUMMONS AND COMPLAINT** |
| ) | |
| SUSAN LYNNE PACINI a/k/a SUSAN L. ) | |
| PACINI d/b/a PLANET TAN d/b/A MASTER ) | |
| MARKETEERS, INC., ) | |
| ) | |
| Defendants. ) | |

---

CERTIFICATE OF SERVICE RE SUMMONS AND COMPLAINT
Case No. C-07-5946-CRB

1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>KENNETH E. KELLER 71450<br>Gaffigan, Stephen M (PFI)<br>114 SANSOME STREET, 4TH FLOOR SAN FRANCISCO CA<br>TELEPHONE NO.: 415 249-8330     FAX NO. (Optional):<br>EMAIL ADDRESS (Optional): kkeller@kksrr.com<br>ATTORNEY FOR (Name): CHANEL, INC., A NEW YORK CORPORATION | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: CHANEL, INC., A NEW YORK CORPORATION | CASE NUMBER:<br>CV 07 5946 CRB |
| DEFENDANT/RESPONDENT: SUSAN LYNNE PACINI AKA SUSAN L. PACINI DBA PLANET TAN DBA MASTER MARKETEERS, INC. | |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>CHANEL/PLANETTAN |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (specify documents):
   **Summons and Complaint for Damages and Injunctive Relief**

3. a. Party served (specify name of party as shown on documents served):
      **SUSAN LYNNE PACINI DBA PLANET TAN DBA MASTER MARKETEERS, INC., Alias: AKA SUSAN L. PACINI**
   b. [ X ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) (specify name and relationship to the party named in item 3a):

4. Address where the party was served:
   **PLANET TAN, 2430 SAND CREEK Road #1D1, BRENTWOOD, CA 94513**

5. I served the party (check proper box)
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on (date): (2) at (time):
   b. [ X ] **by substituted service.** On (date): **12/24/2007** (2) at (time): **12:55 PM** I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):
      **BRIANNE NISSEN, PERSON IN CHARGE, A white female approx. 21-25 years of age 5'6"-5'8" in height weighing 120-140 lbs with brown hair**
      (1) [ X ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):    from (city):    or [ ] a declaration of mailing is attached.
      (5) [ X ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Page 1 of 2<br>Code of Civil Procedure. § 417.10<br>Order No. 5031193 SEA |
|---|---|---|

| PLAINTIFF/PETITIONER: CHANEL, INC., A NEW YORK CORPORATION | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: SUSAN LYNNE PACINI AKA SUSAN L. PACINI DBA PLANET TAN DBA MASTER MARKETEERS, INC. | CV 07 5946 CRB |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  (1) on *(date)*:     (2) from *(city)*:
  (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
  (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)
d. [ ] **by other means** *(specify means of service and authorizing code section)*:

  [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ X ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as occupant
   d. [ ] On behalf of *(specify)*:
      under the following Code of Civil Procedure section:
      [ ] 416.10 (corporation)                    [ ] 415.95 (business organization, form unknown)
      [ ] 416.20 (defunct corporation)            [ ] 416.60 (minor)
      [ ] 416.30 (joint stock company/association) [ ] 416.70 (ward or conservatee)
      [ ] 416.40 (association or partnership)     [ ] 416.90 (authorized person)
      [ ] 416.50 (public entity)                  [ ] 415.46 (occupant)
                                                  [ ] other

7. **Person who served papers**
   a. Name: JAMES KING
   b. Address: P.O. Box 21486, Concord, CA 94521
   c. Telephone number: 925-833-4055
   d. The fee for service was: $75.00
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ X ] registered California process server:
         (i) [ ] owner  [ ] employee  [ X ] independant contractor
         (ii) [ X ] Registration No.: 553
         (iii) [ X ] County: CONTRA COSTA

8. [ X ] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 1/15/2008

JAMES KING
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                  (SIGNATURE)

POS-010 [Rev. January 1, 2007]

Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**

Order No. 5031193 SEA



| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| KENNETH E. KELLER 71450<br>Gaffigan, Stephen M (PFI)<br>114 SANSOME STREET, 4TH FLOOR SAN FRANCISCO CA<br>TELEPHONE NO.: 415 249-8330   FAX NO. (Optional):<br>EMAIL ADDRESS (Optional): kkeller@kksrr.com<br>ATTORNEY FOR (Name): CHANEL, INC., A NEW YORK CORPORATION | |

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

| PLAINTIFF/PETITIONER: | CHANEL, INC., A NEW YORK CORPORATION | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | SUSAN LYNNE PACINI AKA SUSAN L. PACINI DBA PLANET TAN DBA MASTER MARKETEERS, INC. | CV 07 5946 CRB |
| DECLARATION OF REASONABLE DILIGENCE | | Ref. No. or File No.:<br>CHANEL/PLANETTAN |

Party to Serve:
**SUSAN LYNNE PACINI DBA PLANET TAN DBA MASTER MARKETEERS, INC., Alias: AKA SUSAN L. PACINI**

Documents:
**Summons and Complaint for Damages and Injunctive Relief**

Service Address:
**PLANET TAN, 2430 SAND CREEK Road #1D1, BRENTWOOD, CA 94513**

I declare the following attempts were made to effect service by personal delivery:
12/21/2007 10:00:00 AM: Per employee, Subject out of the office at this time
12/23/2007 4:02:00 PM: Per employee, Subject out of the office at this time

Person who served papers:
**MARK E. HARMON**
P.O. Box 21486, Concord, CA 94521
925-833-4055

I am a registered California process server
  Registration No.: **615**
  County:   **CONTRA COSTA**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **1/15/2008**

_____
**MARK E. HARMON**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

Order No. 5031193 SEA

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>KENNETH E. KELLER 71450<br>Gaffigan, Stephen M (PFI)<br>114 SANSOME STREET, 4TH FLOOR SAN FRANCISCO CA<br>TELEPHONE NO.: 415 249-8330    FAX NO. (Optional):<br>EMAIL ADDRESS (Optional): kkeller@kksrr.com<br>ATTORNEY FOR (Name): CHANEL, INC., A NEW YORK CORPORATION | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |
| PLAINTIFF/PETITIONER: CHANEL, INC., A NEW YORK CORPORATION | CASE NUMBER:<br>CV 07 5946 CRB |
| DEFENDANT/RESPONDENT: SUSAN LYNNE PACINI AKA SUSAN L. PACINI DBA PLANET TAN DBA MASTER MARKETEERS, INC. | |
| **DECLARATION OF REASONABLE DILIGENCE** | Ref. No. or File No.:<br>CHANEL/PLANETTAN |

Party to Serve:
SUSAN LYNNE PACINI DBA PLANET TAN DBA MASTER MARKETEERS, INC., Alias: AKA SUSAN L. PACINI

Documents:
Summons and Complaint for Damages and Injunctive Relief

Service Address:
PLANET TAN, 2430 SAND CREEK Road #1D1, BRENTWOOD, CA 94513

I declare the following attempts were made to effect service by personal delivery:
12/24/2007 12:55:00 PM: Per employee, Subject out of the office at this time

Person who served papers:
JAMES KING
P.O. Box 21486, Concord, CA 94521
925-833-4055

I am a registered California process server
    Registration No.: 553
    County:    CONTRA COSTA

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 1/15/2008

_____
JAMES KING
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)

Order No. 5031193 SEA

# Declaration of Mailing

## Docket Number: CV 07 5946 CRB

The undersigned hereby declares: that I, Elizabeth Noguera, am a citizen of the United States of America and am employed in the city of Seattle, in the state of WA.

That I am over the age of twenty-one, and not party to, nor interested in the within entitled action. My business address is 633 Yesler Way Seattle, WA 98104.

That on 12/27/2007, after service was made, I completed service by depositing a copy of the SUMMONS AND COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF, in a first class post paid envelope properly addressed at a US Post Office. The envelope bore the legend " **Personal and Confidential**", and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned and action against the defendant.

That I addressed the envelope as follows:

SUSAN LYNNE PACINI AKA SUSAN L. PACINI DBA PLANET TAN DBA MASTER MARKETEERS, INC.
PLANET TAN
2430 SAND CREEK RD
#1D1
BRENTWOOD CA 94513

The mailing was not returned by the Post Office.

I declare under penalty of perjury of the state of California, that the foregoing is true and correct.

I executed this declaration on December 27, 2007 at Seattle, WA.

Declarant   Elizabeth Noguera

Tracking #: 5031193