KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California 94104-3839
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

Attorneys for Plaintiff Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation, ) | Case No. C-07-5946-CRB |
| ) | |
| Plaintiff, ) | **PLAINTIFF CHANEL, INC.'S** |
| ) | **REQUEST TO ENTER DEFAULT** |
| v. ) | |
| ) | |
| SUSAN LYNNE PACINI a/k/a SUSAN L. ) | **Date Filed:** November 26, 2007 |
| PACINI d/b/a PLANET TAN d/b/A MASTER ) | **Date Served:** December 24, 2007 |
| MARKETEERS, INC., ) | **Date of Request:** February 21, 2008 |
| ) | |
| Defendants. ) | |

        Pursuant to Federal Rule of Civil Procedure 55 and Civil Local Rule 77-2, Plaintiff hereby

requests that the Clerk of the Court enter default in this matter against Susan Pacini ("Defendant")

on the ground that Defendant has failed to appear or otherwise respond to the Complaint within

the time prescribed by the Federal Rules of Civil Procedure. *See* Declaration of Michael D. Lisi in

Support of Request to Enter Default, ¶ 6.

        Plaintiff served the Summons and Complaint on Defendant on December 24, 2007, and

filed the Certificate of Service with this Court on February 7, 2008. *See Id.*, ¶¶ 2, 3 Exhibit A;

e-Docket # 4. Neither Plaintiff nor the Court has granted Defendant any extensions of time to

respond to the Complaint. *Id.*, ¶ 5. Defendant has failed to answer or otherwise respond to the

Complaint, or serve a copy of any answer or other response upon Plaintiff's attorneys of record.

1  *Id.*, ¶ 6.  Plaintiffs have no reason to believe that Defendant is an infant or incompetent person.

2  *Id.*, ¶ 7.  Plaintiffs have no reason to believe that Defendant is in the military service.  *Id.*, ¶ 8.

3       Consequently, Plaintiff is entitled to entry of default against the Defendant and respectfully

4  requests that the Clerk of the Court enter such default.

5  Dated:  February 21, 2008                          KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

6

7

8                                    By: _____/s/_____

9                                          MICHAEL D. LISI
                                           Attorneys for Plaintiff
10                                         CHANEL, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28