1  KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
   MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
2  ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
   KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
3  114 Sansome Street, 4th Floor
4  San Francisco, California 94104-3839
   Telephone:    (415) 249-8330
5  Facsimile:    (415) 249-8333

6  Attorneys for Plaintiff Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| CHANEL, INC., a New York corporation, | ) Case No. C-07-5946-CRB |
|---|---|
| Plaintiff, | ) |
| v. | ) **PLAINTIFF CHANEL, INC.'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| SUSAN LYNNE PACINI a/k/a SUSAN L. PACINI d/b/a PLANET TAN d/b/A MASTER MARKETEERS, INC., | ) **Date Filed:** November 26, 2007<br>**Date Served:** December 24, 2007<br>**Date of Request:** February 19, 2008 |
| Defendants. | ) |

WHEREAS, Plaintiff Chanel, Inc. ("Chanel") filed the complaint on November 26, 2007;

WHEREAS, Chanel served Defendant on December 24, 2007;

WHEREAS, twenty (20) days has passed since Plaintiff properly effected service upon Defendant and Defendant has not answered or made any response to the Complaint;

WHEREAS, based on the lack of response, Chanel is concurrently filing herewith a Request for Entry of Default;

1

CHANEL'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C-07-5946-CRB

1  WHEREAS, the Case Management Conference is currently scheduled for February 29, 2008
2  at 8:30 am;
3  WHEREAS, because of this lack of response Chanel believes it has good cause to continue
4  the Case Management Conference to permit entry of default;
5  WHEREAS, Chanel is today separately filing its Request for Entry of Default with this Court;
6  THEREFORE, Chanel hereby requests that the Court continue the Case Management
7  Conference until April 11, 2008 at 8:30 am.

Dated: February 19, 2008                KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By: _____/s/_____
KENNETH KELLER
Attorneys for Plaintiff
CHANEL, INC.


## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Initial Case Management Conference is continued until April 11, 2008 at 8:30 a.m.


Dated: February __, 2008                _____
UNITED STATES DISTRICT JUDGE
CHARLES R. BREYER