KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California 94104-3839
Telephone:   (415) 249-8330
Facsimile:   (415) 249-8333

Attorneys for Plaintiff Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>SUSAN LYNNE PACINI a/k/a SUSAN L. PACINI d/b/a PLANET TAN d/b/A MASTER MARKETEERS, INC.,<br><br>          Defendants. | Case No. C-07-5946-CRB<br><br>**PLAINTIFF CHANEL, INC.'S CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>**Hearing Date**: February 29, 2008<br>**Date Filed:** November 26, 2007<br>**Date Served:** December 24, 2007 |

Plaintiff Chanel, Inc. (" Plaintiffs" or "Chanel") hereby submits this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case.1

---

1    Throughout this Joint Case Management Conference Statement, Plaintiffs and Defendants are referred to collectively as "the parties."

1

_____
CHANEL'S CASE MANAGEMENT CONFERENCE STATEMENT
Case No. C-07-5946-CRB

## DESCRIPTION OF THE CASE

1. <u>Brief Description of the Action</u>

In the above captioned case, Plaintiff Chanel properly served Defendant Susan Lynne Pacini. See e-docket #4. Although it has been more than 20 days, Defendant has failed to answer or otherwise respond to Chanel's properly served complaint. Therefore, on February 21, 2008, Chanel filed a Request for this Court to enter a default judgment. In light of that filing, Chanel has concurrently requested that the Case Management Conference originally scheduled for February 29, 2008 in this matter be continued.

In the interest of judicial economy and for good cause, Chanel requests that the Court continue the CMC until after the Request for Entry of Default has been entered.

Respectfully submitted,

Dated: _____          KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By:_____/s/_____
Kenneth E. Keller
Attorneys for Plaintiff Chanel, Inc.

## CASE MANAGEMENT ORDER

Dated: _____ 2008          _____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

2
_____
CHANEL'S CASE MANAGEMENT CONFERENCE STATEMENT
Case No. C-07-5946-CRB