KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California 94104-3839
Telephone:   (415) 249-8330
Facsimile:   (415) 249-8333

Attorneys for Plaintiff Chanel, Inc.

# THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN LYNNE PACINI a/k/a SUSAN L. PACINI d/b/a PLANET TAN d/b/A MASTER MARKETEERS, INC.,<br><br>Defendants. | Case No. C-07-5946-CRB<br><br>**PLAINTIFF CHANEL, INC.'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>**Date Filed:** November 26, 2007<br>**Date Served:** December 24, 2007<br>**Date of Request:** February 19, 2008 |

WHEREAS, Plaintiff Chanel, Inc. ("Chanel") filed the complaint on November 26, 2007;

WHEREAS, Chanel served Defendant on December 24, 2007;

WHEREAS, twenty (20) days has passed since Plaintiff properly effected service upon Defendant and Defendant has not answered or made any response to the Complaint;

WHEREAS, based on the lack of response, Chanel is concurrently filing herewith a Request for Entry of Default;

---

1

CHANEL'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C-07-5946-CRB

1     WHEREAS, the Case Management Conference is currently scheduled for February 29, 2008 at 8:30 am;

3     WHEREAS, because of this lack of response Chanel believes it has good cause to continue the Case Management Conference to permit entry of default;

5     WHEREAS, Chanel is today separately filing its Request for Entry of Default with this Court;

6     THEREFORE, Chanel hereby requests that the Court continue the Case Management Conference until April 11, 2008 at 8:30 am.

Dated: February 19, 2008      KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/_____
KENNETH KELLER
Attorneys for Plaintiff
CHANEL, INC.

### [~~PROPOSED~~] ORDER

IT IS HEREBY ORDERED that the Initial Case Management Conference is continued until April 11, 2008 at 8:30 a.m.

Dated: February 25, 2008

UNITED STATES DISTRICT JUDGE
CHARLES R. BREYER

IT IS SO ORDERED
Judge Charles R. Breyer

2

CHANEL'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C-07-5946-CRB