**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 26, 2008

RE:  CV 07-05946 CRB          CHANEL INC-v- SUSAN LYNNE PACINI

Default is entered as to Susan Lynne Pacici on February 26, 2008.

RICHARD W. WIEKING, Clerk

by Maria Loo
Case Systems Administrator

NDC TR-4  Rev. 3/89