**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                         415.522.2000

February 26, 2008


RE:  CV 07-05946 CRB          CHANEL INC-v- SUSAN LYNNE PACINI


Default is entered as to Susan Lynne Pacini on February 26, 2008.




                          RICHARD W. WIEKING, Clerk



                          by Maria Loo
                          Case Systems Administrator




NDC TR-4  Rev. 3/89