CURTIS R. TINGLEY (SBN112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:    (408) 283-7000
Facsimile:    (408) 283-7010

Attorneys for Defendants
MASTER MARKETEERS, INC.,
and SUSAN PACINI

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN LYNNE PACINI aka SUSAN L. PACINI dba PLANET TAN dba MASTER MARKETEERS, INC., and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV-07-05946 CRB<br><br>**NOTICE OF MOTION TO SET ASIDE DEFAULT [FRCP 55(c)]**<br><br>Date:    May 30, 2008<br>Time:    10:00 a.m.<br>Courtroom: 8, 19th Floor<br>Honorable Charles R. Breyer |

**TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that on May 30, 2008, at 10:00 a.m., in Courtroom 8 of the above-entitled Court located at 450 Golden Gate Avenue, San Francisco, California, Defendant SUSAN LYNNE PACINI aka SUSAN L. PACINI will, and hereby does, move for the default to be set aside and that she be allowed the opportunity to defend this case.

This motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declarations of Bruce Piontkowski, Susan Pacini and Randall Knox filed

/ / /

/ / /

1 | herewith, the records and files herein, and on such evidence as may be presented to this Court.

2

3 | Dated:    April 18, 2008                                TINGLEY PIONTKOWSKI LLP

4

5 |                                                         By: /s/ Bruce C. Piontkowski
                                                              BRUCE C. PIONTKOWSKI
6 |                                                           Attorneys for Defendant

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28