CURTIS R. TINGLEY (SBN 112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:   (408) 283-7000
Facsimile:    (408) 283-7010

Attorneys for Defendants
MASTER MARKETEERS, INC.,
and SUSAN PACINI

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN LYNNE PACINI aka SUSAN L. PACINI dba PLANET TAN dba MASTER MARKETEERS, INC., and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV-07-05946 CRB<br><br>**DECLARATION OF BRUCE PIONTKOWSKI IN SUPPORT OF DEFENDANT PACINI'S MOTION TO SET ASIDE DEFAULT**<br><br>Date:         May 30, 2008<br>Time:        10:00 a.m.<br>Courtroom: 8, 19th Floor<br>Honorable Charles R. Breyer |

I, Bruce Piontkowski, declare:

1. I am an attorney licensed to practice law in the State of California and counsel for Defendant SUSAN LYNNE PACINI aka SUSAN L. PACINI (hereinafter "PACINI"), on whose behalf I make this declaration. If called as a witness, I would competently testify to the following facts, all of which are within my personal knowledge, except those alleged on information and belief, and as to those facts, I believe them to be true.

2. On April 8, 2008, I sent a letter to Plaintiff's counsel, Michael Lisi, requesting that the default of PACINI be set aside.

3. I believe I called Michael Lisi on April 9, 2008, and left a voice mail for him.

4.   I spoke with Michael Lisi on April 10, 2008. Mr. Lisi stated that he was tied up, but would call on April 11, 2008.

5.   Mr. Lisi finally called back on April 14, 2008. He stated that his client would not agree to set aside the default.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on April 18, 2008, at San Jose, California.

/s/ Bruce C. Piontkowski
BRUCE C. PIONTKOWSKI

C76CC370.docx   - 2 -   DECL. IN SUPPORT OF MOTION TO SET ASIDE
CASE NO. CV-07-05946 CRB

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW