```
CURTIS R. TINGLEY (SBN112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:   (408) 283-7000
Facsimile:   (408) 283-7010

Attorneys for Defendants
MASTER MARKETEERS, INC.,
and SUSAN PACINI
```

UNITED STATES DISCTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN LYNNE PACINI aka SUSAN L. PACINI dba PLANET TAN dba MASTER MARKETEERS, INC., and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. CV-07-05946 CRB<br><br>[PROPOSED] ORDER GRANTING DEFENDANT PACINI'S MOTION TO SET ASIDE DEFAULT [FRCP 55(c)]<br><br>Date:      May 30, 2008<br>Time:      10:00 a.m.<br>Courtroom: 8, 19th Floor<br>Honorable Charles R. Breyer |

Defendant SUSAN PACINI's Motion to Set Aside Default came on regularly for hearing on May 30, 2008, with Michael Lisi appearing for Plaintiff and Bruce Piontkowski appearing for Defendant SUSAN PACINI.

Based upon the evidence presented to the Court, the Court finds that there was a mistake of face and that there is a potential defense by Defendant SUSAN PACINI.

GOOD CAUSE APPEARING THEREFOR, the Court orders that the default to be set aside and that she be allowed the opportunity to defend this case.

///

///

A2442345.docx

[PROPOSED] ORDER GRANTING MOTION
CASE NO. CV-07-05946 CRB

TINGLEY PIONTKOWSKI LLP
ATTORNEYS AT LAW

1   IT IS SO ORDERED.

2   Dated: _____, 2008

3

4                                          _____
                                            Honorable Charles R. Breyer
                                            U.S. DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW

A2442345.docx                - 2 -                [PROPOSED] ORDER GRANTING MOTION
                                                  CASE NO. CV-07-05946 CRB