KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California 94104-3839
Telephone:   (415) 249-8330
Facsimile:    (415) 249-8333

Attorneys for Plaintiff Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN LYNNE PACINI a/k/a SUSAN L. PACINI d/b/a PLANET TAN d/b/A MASTER MARKETEERS, INC.,<br><br>Defendants. | Case No. C-07-5946-CRB<br><br>**DECLARATION OF MICHAEL D. LISI IN SUPPORT OF THE OPPOSITION TO SET ASIDE DEFAULT**<br><br>Date: May 30, 2008<br>Time: 10:00 am<br>Courtroom: 8, 19th Floor<br>Honorable Charles R. Breyer |

I, Michael D. Lisi, declare:

1.  I am a partner in the law firm of Krieg, Keller, Sloan, Reilley & Roman LLP, counsel of record for plaintiffs Chanel, Inc. ("Chanel"). I am licensed to practice in the State of California and in this Judicial District. I have personal knowledge of the facts set forth in this declaration and if necessary, I could and would competently testify to those facts.

2.  On December 24, 2007, Chanel properly served Defendant Susan Pacini with the Summons and Complaint.

---

DECLARATION OF MICHAEL D. LISI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANT PACINI'S MOTION TO SET ASIDE DEFAULT
Case No.: C-07-5946-CRB

1

3. On February 7, 2008, Chanel filed the Certificate of Service with this Court. On February 21, 2008, Chanel filed a Request for Notice of Default with this Court. On February 26, 2008, I received notice that this Court entered the Notice of the Entry of Default.

4. On or about January 3, 2008, Randall Knox, an attorney purporting to represent Ms. Pacini, left me a voicemail message. In his message, Mr. Knox relayed that he represented Ms. Pacini and indicated he would like to speak to me about the case. On or about January 4, 2008, I returned Mr. Knox's call. Although I did not reach him directly, I left a message for him identifying myself and asking him to contact me. I never heard back from Mr. Knox in response to my message.

5. After the deadline for a response to the complaint had passed, my office prepared a Request for Entry of Default as to Pacini. Out of professional courtesy, on or about February 19, 2008, I called Mr. Knox again to inform him that the date for a responsive pleading had passed. Mr. Knox left me a voice message the same day indicating that he was in court until later that afternoon. On February 20, 2008, I again tried to call Mr. Knox. In my voicemail message, I informed him that Chanel planned to file a Request for an Entry of Default against Ms. Pacini. In that message I also indicated that I would be out of the office for a few days, and provided Mr. Knox with the contact information for one of my associates, Anjali Kurani. Neither I nor Ms. Kurani ever heard back from Mr. Knox. Mr. Knox and I have never discussed this case, nor did he ever tell me that he did not represent Ms. Pacini.

6. Attached hereto as Exhibit A is a true and correct copy of the unpublished decision in *SEC v. Lewis*, 2004 U.S. Dist LEXIS 29597 (C.D. Cal. September 27, 2004), that is cited in Pacini's Motion.

---

DECLARATION OF MICHAEL D. LISI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT PACINI'S MOTION TO SET ASIDE DEFAULT
Case No.: C-07-5946-CRB
2

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States that the foregoing is true and correct.
3  Executed this 9th day of May, 2008 in San Francisco, California.

4
5                                               /s/
                                         MICHAEL D. LISI
6

---

DECLARATION OF MICHAEL D. LISI IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
DEFENDANT PACINI'S MOTION TO SET ASIDE DEFAULT
Case No.: C-07-5946-CRB
3