KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California 94104-3839
Telephone:     (415) 249-8330
Facsimile:      (415) 249-8333

Attorneys for Plaintiff Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN LYNNE PACINI a/k/a SUSAN L. PACINI d/b/a PLANET TAN d/b/A MASTER MARKETEERS, INC.,<br><br>Defendants. | Case No. C-07-5946-CRB<br><br>**[PROPOSED] ORDER DENYING DEFENDANT PACINI'S MOTION TO SET ASIDE DEFAULT [FRCP 55(c)]**<br><br>**Courtroom: 8, 19th Floor**<br>**Honorable Charles R. Breyer** |

Defendant Susan Pacini's Motion to Set Aside Default came on regularly for hearing on May 30, 2008 in Courtroom 8 of the United States District Court, 450 Golden Gate Avenue, San Francisco, California, the Honorable Charles Breyer presiding.

After full consideration of the pleadings in support of and in opposition to the motion, as well as counsels' oral argument, the Court finds that, proof having been made to its satisfaction, good cause exists to deny Defendant's motion.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant's Motion to Set Aside Default is **DENIED** in its entirety.

1

2    **IT IS SO ORDERED.**

3

4    Dated _____, 2008    _____

5                                                     HON. CHARLES BREYER
                                                      United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    [PROPOSED] ORDER DENYING DEFENDANT PACINI'S MOTION TO SET ASIDE DEFAULT
      Case No.:  C-07-5946-CRB