IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL INC, | No. C 07-05946 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| SUSAN LYNNE PACINI, | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference for Friday, May 30, 2008 at 10:00 a.m. to be held at the time of the defendant's motion before the Honorable Charles R. Breyer.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 13, 2008                                                      FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy