# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Chanel, Inc., <br><br>                Plaintiff(s), <br><br>  v. <br><br>Pacini, <br><br>                Defendant(s). | 07-05946 CRB <br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: May 16, 2008

                                      RICHARD W. WIEKING
                                      Clerk
                                      by:   Timothy J. Smagacz

                                      *Timothy Smagacz* (signature)
                                      ADR Administrative Assistant
                                        415-522-4205
                                        Tim_Smagacz@cand.uscourts.gov

PROOF OF SERVICE

Case Name:        Chanel, Inc. v. Pacini

Case Number:      07-05946 CRB

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>ADR Program
>United States District Court
>Norther District of California
>450 Golden Gate Avenue Floor 16
>San Francisco, CA 94102

On May 16, 2008, I served a true and correct copy of:

>**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>Kenneth E. Keller
>Krieg Keller Sloan Reilley & Roman LLP
>114 Sansome Street
>4th Floor
>San Francisco, CA 94104
>kkeller@kksrr.com
>
>Michael David Lisi
>Krieg Keller Sloan Reilley & Roman
>114 Sansome Street
>4th Floor
>San Francisco, CA 94104
>mlisi@kksrr.com
>
>Anjali Kumar Kurani
>Krieg Keller Sloan Reilley & Roman
>114 Sansome St.
>4th Floor
>San Francisco, CA 94109
>akurani@kksrr.com

Bruce Charles Piontkowski
Tingley Piontkowski LLP
10 Almaden Boulevard
Suite 430
San Jose, CA 95113
bpiontkowski@tingleyllp.com

Curtis R. Tingley
Tingley Piontkowski LLP
10 Almaden Boulevard
Suite 430
San Jose, CA 95113
ctingley@tingleyllp.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 16, 2008 in San Francisco, California.

                RICHARD W. WIEKING
                Clerk
                by:   Timothy J. Smagacz

                */s/ Timothy Smagacz*
                ADR Administrative Assistant
                415-522-4205
                Tim_Smagacz@cand.uscourts.gov