KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California 94104-3839
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

Attorneys for Plaintiff Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation, | Case No. C-07-5946-CRB |
| Plaintiff, | **PLAINTIFFS' ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| v. | |
| SUSAN LYNNE PACINI a/k/a SUSAN L. PACINI d/b/a PLANET TAN d/b/A MASTER MARKETEERS, INC., | |
| Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he has:

1.   Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov (*limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45*):

2.   Discussed the available dispute resolution options provided by the Court and private entities; and

3.   Considered whether this case might benefit from any of the available dispute

1

resolution options.

Dated: May 23, 2008

By: *Stephen M. Doffyn* (signature)
Chanel, Inc.

Dated: May 23, 2008

KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

By: _____/s/ Michael D. Lisi_____
Attorneys for Plaintiff Chanel, Inc.

2

ADR CERTIFICATION BY PARTIES AND COUNSEL
CASE NO. C-07-5946-CRB