**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 30, 2008**

**C-07-05946** CRB

**CHANEL INC** v. **SUSAN LYNNE PACINI**

Attorneys:    Michael Lisi                              Bruc Piontkowski

Deputy Clerk: **BARBARA ESPINOZA**           Reporter: **Not Reported**

**PROCEEDINGS:**                                                            **RULING:**

1. Initial Case Management Conference - Held

2. 

3. 

**ORDERED AFTER HEARING:**



( ) ORDER TO BE PREPARED BY:    Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge For: _____

(X) CASE CONTINUED TO August 01, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off _____                           Expert Discovery Cut-Off _____
Plntf to Name Experts by _____                    Deft to Name Experts by _____
P/T Conference Date _____        Trial Date _____        Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: _____