KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California 94104-3839
Telephone:      (415) 249-8330
Facsimile:      (415) 249-8333

Attorneys for Plaintiff Chanel, Inc.

CURTIS R. TINGLY (SNB112322) ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202) bpiontkowski@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:      (408) 283-7000
Facsimile:      (408) 283-7010

Attorneys for Defendants
SUSAN PACINI and
MASTER MARKETEERS, INC.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUSAN LYNNE PACINI a/k/a SUSAN L. PACINI d/b/a PLANET TAN d/b/A MASTER MARKETEERS, INC.,<br><br>　　　　Defendants. | Case No. C-07-5946-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF CHANEL, INC. LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>Honorable Charles R. Breyer<br>Courtroom: 8, 19th Floor |

　　　　Pursuant to Civil Local Rule 7-12, plaintiff Chanel, Inc. ("Chanel") and defendants Susan L. Pacini and Master Marketeers, Inc., (collectively "Defendants") stipulate as follows and respectfully request that the Court enter the following Proposed Order:

1

1  WHEREAS on or about November 26, 2007, Chanel filed its original Complaint in this
2  action naming Susan Pacini as the sole defendant, "doing business as" a variety of entities;
3  WHEREAS on December 24, 2007, defendant Susan Pacini was served;
4  WHEREAS on April 7, 2008, Master Marketeers, Inc., filed an Answer to Chanel's
5  Complaint;
6  WHEREAS Chanel's Complaint against Susan Pacini did not include Master Marketeers,
7  Inc. as a named defendant;
8  WHEREAS, it is the position of defendants that Master Marketeers, Inc. was named as a
9  defendant and an amendment is only needed to avoid any potential dispute in this regard;
10  WHEREAS, the parties have agreed that Plaintiff may amend the Complaint to name Master
11  Marketeers, Inc. as a defendant in this case;
12  WHEREAS, although Master Marketeers, Inc. has already answered, counsel for defendants
13  is willing to stipulate to the filing of the First Amended Complaint on behalf of Chanel, Inc.;
14  **IT IS HEREBY STIPULATED AND AGREED THAT**, subject to Court approval, Chanel
15  shall file the First Amended Complaint naming Master Marketeers, Inc. as a defendant, a copy of
16  which is attached as Exhibit A; and
17  IT IS FURTHER STIPULATED AND AGREED THAT Defendants Pacini and Mass
18  Marketers, Inc. shall have ten days from the filing of the First Amended Complaint within which to
19  file their Answer(s).
20  **IT IS SO STIPULATED AND AGREED,**
21  
22  Dated: June 11, 2008                KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
23  
24                           By: _____/s/_____
25                              MICHAEL D. LISI
                                Attorneys for Plaintiff
26                              CHANEL, INC.
27  
28  
2

1  Dated:  June 11, 2008                    TINGLEY PIOTKOWSK LLP

2

3                                            By: _____/s/_____
                                             BRUCE PIONTKOWSKI
4                                            Attorney for Defendants SUSAN PACINI
                                             & MASTER MARKETEERS, INC.
5

6      I hereby attest that I have been authorized by Bruce Piontkowski to execute on his behalf this

7  Stipulation and [Proposed] Order Permitting Electronic/Computer Equipment into Federal

8  Courtroom.

9      Executed on this 11th day of June, 2008, at San Francisco, California.

10                                           _____/s/_____
                                             Michael D. Lisi
11

12

...

28

3

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF CHANEL LEAVE TO FILE AN
AMENDED COMPLAINT
CASE NO. C-07-5946-CRB

1 **[PROPOSED] ORDER**

2 Pursuant to the parties' stipulation, Plaintiff is granted leave to amend its Complaint to add

3 Master Marketeers, Inc. as a defendant to this litigation, as indicated in the First Amended Complaint

4 attached to the parties' Stipulation.

5

6 **IT IS SO ORDERED.**

7 Dated: __June 12_____, 2008    _____

8 Hon. Charles R. Breyer
U.S. District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

4