KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California 94104-3839
Telephone:    (415) 249-8330
Facsimile:    (415) 249-8333

Attorneys for Plaintiff Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation, | Case No. C-07-5946-CRB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE** |
| SUSAN LYNNE PACINI a/k/a SUSAN L. PACINI d/b/a PLANET TAN d/b/A MASTER MARKETEERS, INC., | |
| | **Date: August 1, 2008**<br>**Time: 8:30 am**<br>**Courtroom: 8, 19th Floor**<br>**Honorable Charles R. Breyer** |
| Defendants. | |

  Plaintiff Chanel, Inc. and Defendants Susan Pacini and Master Marketeers, Inc. (collectively referred to herein as "the Parties") hereby stipulate and agree as follows:

  WHEREAS a further Case Management Conference in this matter is currently scheduled for August 1, 2008 at 8:30 a.m.;

  WHEREAS the Parties have been engaged and continue to engage in settlement negotiations in an effort to resolve this matter;

  WHEREAS the Parties have to date made some progress with respect to those negotiations and believe that additional time may result in a final resolution of this matter;

1

1  WHEREAS the Parties respectfully request that the Case Management Conference be
2  continued until October 17, 2008 or as soon thereafter as this Court become available;
3  THEREFORE, the Parties stipulate and agree and hereby request, subject to the Court's
4  approval, that the Case Management Conference be moved to October 17, 2008 at 8:30 a.m..

**IT IS SO STIPULATED AND AGREED,**

Dated: July 17, 2008         KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP


By: _____/s/_____
MICHAEL D. LISI
Attorneys for Plaintiff
Chanel, Inc.


Dated: July 17, 2008         TINGLEY PIONTKOWSKI LLP


By: _____/s/_____
BRUCE PIONTKOWSKI
Attorney for Defendants
Susan Pacini and Master Marketeers, Inc.

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, the Case Management Conference in this case, currently scheduled for August 1, 2008 is now moved to October 17, 2008, at 8:30 a.m. in this Courtroom.

**IT IS SO ORDERED.**

Dated: __July 21_____, 2008      _____
Hon. Charles R. Breyer
United States District Judge



3

STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE
CASE NO. C-07-5946-CRB