KENNETH E. KELLER (SBN 71450) kkeller@kksrr.com
MICHAEL D. LISI (SBN 196974) mlisi@kksrr.com
ANJALI K. KURANI (SBN 227075) akurani@kksrr.com
KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP
114 Sansome Street, 4th Floor
San Francisco, California  94104-3839
Telephone:      (415) 249-8330
Facsimile:      (415) 249-8333

Attorneys for Plaintiff Chanel, Inc.

THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN LYNNE PACINI a/k/a SUSAN L. PACINI d/b/a PLANET TAN d/b/A MASTER MARKETEERS, INC.,<br><br>Defendants. | Case No. C-07-5946-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE**<br><br>**Date: December 12, 2008**<br>**Time: 8:30 am**<br>**Courtroom: 8, 19th Floor**<br>**Honorable Charles R. Breyer** |

Plaintiff Chanel, Inc. and Defendants Susan Pacini and Master Marketeers, Inc. (collectively referred to herein as "the Parties") hereby stipulate and agree as follows:

WHEREAS a further Case Management Conference in this matter is currently scheduled for December 12, 2008 at 8:30 a.m.;

WHEREAS the Parties have been engaged and continue to engage in settlement negotiations in an effort to resolve this matter;

WHEREAS the Parties have made significant progress and believe they are likely to resolve this matter in the coming weeks;

1

1    WHEREAS the Parties respectfully request that the Case Management Conference be

2  continued 30 days until January 16, 2009 or as soon thereafter as this Court become available;

3    THEREFORE, the Parties stipulate and agree and hereby request, subject to the Court's

4  approval, that the Case Management Conference be moved to January 16, 2009 at 8:30 a.m..

5    **IT IS SO STIPULATED AND AGREED,**

6  Dated:  December 5, 2008                    KRIEG, KELLER, SLOAN, REILLEY & ROMAN LLP

7

8                                             By: _____/s/_____

9                                                 MICHAEL D. LISI
                                                  Attorneys for Plaintiff
10                                                Chanel, Inc.

11

12 Dated:  December 5, 2008                    TINGLEY PIONTKOWSKI LLP

13

14                                            By: _____/s/_____

15                                                BRUCE PIONTKOWSKI
                                                  Attorney for Defendants
16                                                Susan Pacini and Master Marketeers, Inc.

17

18

19

20

21

22

23

24

25

26

27

28

2

## [~~PROPOSED~~] ORDER

FOR GOOD CAUSE SHOWN, the Case Management Conference in this case, currently

scheduled for December 12, 2008 is now moved to January ~~19~~ **16**, 2009, at 8:30 a.m. in this Courtroom.

**IT IS SO ORDERED.**

Dated: <u>December 08</u>, 2008



_____
Hon. Charles R. Breyer
United States District C

IT IS SO ORDERED

Judge Charles R. Breyer

3