United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHANEL INC,                                        No. C 07-05946 CRB

       Plaintiff,                               **ORDER OF DISMISSAL**

  v.

SUSAN LYNNE PACINI,

       Defendant.
_____/

       The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

       IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within thirty days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated: May 26, 2009                                     _____
                                                      CHARLES R. BREYER
                                                      UNITED STATES DISTRICT JUDGE