THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEL, INC., a New York corporation, ) | Case No. C-07-5946-CRB |
| Plaintiff, ) | |
| v. ) | **STIPULATED ENTRY OF DISMISSAL WITH RETAINED JURISDICTION** |
| SUSAN LYNNE PACINI a/k/a SUSAN L. PACINI d/b/a PLANET TAN d/b/A MASTER MARKETEERS, INC., ) | |
| Defendants. ) | |

WHEREAS, this action having been commenced by Plaintiff, CHANEL, INC., a New York corporation ("Chanel") and the Defendants SUSAN LYNNE PACINI a/k/a SUSAN L. PACINI ("Pacini") d/b/a PLANET TAN d/b/a MASTER MARKETEERS ("Pacini"); MASTER MARKETEERS, INC., a California corporation, d/b/a PLANET TAN d/b/a MASTER MARKETEERS ("Master Marketeers") (collectively the "Planet Tan Defendants") alleging *inter alia*, trademark counterfeiting and infringement, false designation of origin, and copyright infringement, and Plaintiff and Defendants having resolved the Plaintiff's claims to each of their satisfaction;

IT IS ORDERED, ADJUDGED AND DECREED:

1. The cause between Chanel and the Planet Tan Defendants is hereby dismissed with prejudice, subject to the terms of the Settlement Agreement between the parties.

1

**STIPULATED ENTRY OF DISMISSAL WITH RETAINED JURISDICTION**
Case No. C-07-5946-CRB

2. The parties' respective attorney's fees and costs incurred in connection with this action shall be borne as per the agreement of the individual parties in their Settlement Agreement.

3. This Court will retain continuing jurisdiction over this cause to enforce the terms of the Stipulated Consent and the Settlement Agreement between the parties.

SO ORDERED this  18th  day of _____ June __, 2009.



_____
CHARLES R. BREYER

**STIPULATED ENTRY OF DISMISSAL WITH RETAINED JURISDICTION**
Case No. C-07-5946-CRB